# Elevance Health

Payslip: Leslie Davis: 08/13/2023 (Regular) - Complete

11:54 PM
10/29/2023
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| The Elevance Health Companies, Inc. | An Affiliate of Elevance Health, Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Leslie Davis | 1075487 | 07/31/2023 | 08/13/2023 | 08/18/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,664.88 | 145.31 | 1,148.61 | 269.57 | 2,101.39 |
| YTD | 1,227.570623 | 71,664.15 | 2,913.45 | 16,073.39 | 2,841.48 | 49,835.83 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive Plan | | | | | 0.00 | 9,896.32 |
| Holiday | | | | | 56.00 | 2,533.28 |
| PTO | | | | | 48.00 | 2,194.32 |
| Salary Wages | 07/31/2023 - 08/13/2023 | 80.00 | 0.00 | 3,657.19 | 1,016.00 | 46,143.03 |
| STD | | | | | 0.00 | 5,946.96 |
| Wellness Premium Credit | 07/31/2023 - 08/13/2023 | 0.00 | 0.00 | 7.69 | 0.00 | 130.74 |
| Sick Pay | | | | | 40.00 | 1,784.00 |
| STD Supplemental | | | | | 67.570623 | 3,035.50 |
| | | | Total: | 3,664.88 | | 71,664.15 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 221.53 | 4,346.40 |
| Medicare | 51.81 | 1,016.50 |
| Federal Withholding | 688.40 | 7,020.88 |
| State Tax - GA | 186.87 | 3,689.61 |
| Total: | 1,148.61 | 16,073.39 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Bonus Deferral | | 296.89 |
| 401K | | 146.29 |
| Dental | 8.80 | 149.60 |
| Life | 29.52 | 501.84 |
| Medical | 105.44 | 1,792.48 |
| Vision | 1.55 | 26.35 |
| Total: | 145.31 | 2,913.45 |

## Post Tax Deductions



Payslip: Leslie Davis: 08/13/2023 (Regular) - Complete

11:54 PM
10/29/2023
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 61.26 | 1,041.42 |
| 401k Loan (LOAN02) | 59.73 | 1,015.41 |
| 401K Roth | 146.29 | 745.72 |
| LTD | 2.29 | 38.93 |
| Total: | 269.57 | 2,841.48 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 146.29 | 892.01 |
| 401K Match - Bonus |  | 296.89 |
| Dental ER | 11.73 | 199.41 |
| GTL Taxable | 41.61 | 707.37 |
| Life ER | 4.92 | 83.64 |
| LTD ER | 11.88 | 201.96 |
| Medical ER | 311.94 | 5,302.98 |
| Vision ER | 1.55 | 26.35 |
| Total: | 529.92 | 7,710.61 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,573.06 | 70,103.21 |
| Medicare - Taxable Wages | 3,573.06 | 70,103.21 |
| Federal Withholding - Taxable Wages | 3,573.06 | 69,660.03 |
| State Tax Taxable Wages - GA | 3,573.06 | 69,660.03 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | A - Single |
| Allowances | 0 | 0 |
| Additional Withholding | 200 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Anthem PTO Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem PTO USA - Time Off Plan | 8.92304 | 0.00 | 116.92256 |
| Anthem Sick/STD Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem Sick USA - Time Off Plan | 0.00 | 0.00 | 92.429377 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | USAA FEDERAL SAVINGS BANK ******4623 | ******4623 | 2,101.39 | USD |
|  |  | Total: | 2,101.39 |  |

**Elevance Health**

Payslip: Leslie Davis: 08/27/2023 (Regular) - Complete

11:56 PM
10/29/2023
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| The Elevance Health Companies, Inc. | An Affiliate of Elevance Health, Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Leslie Davis | 1075487 | 08/14/2023 | 08/27/2023 | 09/01/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,664.88 | 145.31 | 1,148.61 | 342.72 | 2,028.24 |
| YTD | 1,307.570623 | 75,329.03 | 3,058.76 | 17,222.00 | 3,184.20 | 51,864.07 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive Plan | | | | | 0.00 | 9,896.32 |
| Holiday | | | | | 56.00 | 2,533.28 |
| PTO | 08/14/2023 - 08/27/2023 | 8.00 | 45.714856 | 365.72 | 56.00 | 2,560.04 |
| Salary Wages | 08/14/2023 - 08/27/2023 | 72.00 | 0.00 | 3,291.47 | 1,088.00 | 49,434.50 |
| STD | | | | | 0.00 | 5,946.96 |
| Wellness Premium Credit | 08/14/2023 - 08/27/2023 | 0.00 | 0.00 | 7.69 | 0.00 | 138.43 |
| Sick Pay | | | | | 40.00 | 1,784.00 |
| STD Supplemental | | | | | 67.570623 | 3,035.50 |
| | | | Total: | 3,664.88 | | 75,329.03 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 221.53 | 4,567.93 |
| Medicare | 51.81 | 1,068.31 |
| Federal Withholding | 688.40 | 7,709.28 |
| State Tax - GA | 186.87 | 3,876.48 |
| Total: | 1,148.61 | 17,222.00 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Bonus Deferral | | 296.89 |
| 401K | | 146.29 |
| Dental | 8.80 | 158.40 |
| Life | 29.52 | 531.36 |
| Medical | 105.44 | 1,897.92 |
| Vision | 1.55 | 27.90 |
| Total: | 145.31 | 3,058.76 |

## Post Tax Deductions



Payslip: Leslie Davis: 08/27/2023 (Regular) - Complete

11:56 PM
10/29/2023
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 61.26 | 1,102.68 |
| 401k Loan (LOAN02) | 59.73 | 1,075.14 |
| 401K Roth | 219.44 | 965.16 |
| LTD | 2.29 | 41.22 |
| Total: | 342.72 | 3,184.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 182.86 | 1,074.87 |
| 401K Match - Bonus |  | 296.89 |
| Dental ER | 11.73 | 211.14 |
| GTL Taxable | 41.61 | 748.98 |
| Life ER | 4.92 | 88.56 |
| LTD ER | 11.88 | 213.84 |
| Medical ER | 311.94 | 5,614.92 |
| Vision ER | 1.55 | 27.90 |
| Total: | 566.49 | 8,277.10 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,573.06 | 73,676.27 |
| Medicare - Taxable Wages | 3,573.06 | 73,676.27 |
| Federal Withholding - Taxable Wages | 3,573.06 | 73,233.09 |
| State Tax Taxable Wages - GA | 3,573.06 | 73,233.09 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | A - Single |
| Allowances | 0 | 0 |
| Additional Withholding | 200 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Anthem PTO Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem PTO USA - Time Off Plan | 8.92304 | 8.00 | 117.8456 |
| Anthem Sick/STD Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem Sick USA - Time Off Plan | 0.00 | 0.00 | 92.429377 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | USAA FEDERAL SAVINGS BANK ******4623 | ******4623 | 2,028.24 | USD |
|  |  | Total: | 2,028.24 |  |



Payslip: Leslie Davis: 09/10/2023 (Regular) - Complete

11:57 PM
10/29/2023
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| The Elevance Health Companies, Inc. | An Affiliate of Elevance Health, Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Leslie Davis | 1075487 | 08/28/2023 | 09/10/2023 | 09/15/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,664.88 | 145.31 | 1,148.61 | 342.72 | 2,028.24 |
| YTD | 1,387.570623 | 78,993.91 | 3,204.07 | 18,370.61 | 3,526.92 | 53,892.31 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive Plan | | | | | 0.00 | 9,896.32 |
| Holiday | 08/28/2023 - 09/10/2023 | 8.00 | 45.714856 | 365.72 | 64.00 | 2,899.00 |
| PTO | | | | | 56.00 | 2,560.04 |
| Salary Wages | 08/28/2023 - 09/10/2023 | 72.00 | 0.00 | 3,291.47 | 1,160.00 | 52,725.97 |
| STD | | | | | 0.00 | 5,946.96 |
| Wellness Premium Credit | 08/28/2023 - 09/10/2023 | 0.00 | 0.00 | 7.69 | 0.00 | 146.12 |
| Sick Pay | | | | | 40.00 | 1,784.00 |
| STD Supplemental | | | | | 67.570623 | 3,035.50 |
| | | | Total: | 3,664.88 | | 78,993.91 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 221.53 | 4,789.46 |
| Medicare | 51.81 | 1,120.12 |
| Federal Withholding | 688.40 | 8,397.68 |
| State Tax - GA | 186.87 | 4,063.35 |
| Total: | 1,148.61 | 18,370.61 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Bonus Deferral | | 296.89 |
| 401K | | 146.29 |
| Dental | 8.80 | 167.20 |
| Life | 29.52 | 560.88 |
| Medical | 105.44 | 2,003.36 |
| Vision | 1.55 | 29.45 |
| Total: | 145.31 | 3,204.07 |

## Post Tax Deductions



Payslip: Leslie Davis: 09/10/2023 (Regular) - Complete

11:57 PM
10/29/2023
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 61.26 | 1,163.94 |
| 401k Loan (LOAN02) | 59.73 | 1,134.87 |
| 401K Roth | 219.44 | 1,184.60 |
| LTD | 2.29 | 43.51 |
| Total: | 342.72 | 3,526.92 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 182.86 | 1,257.73 |
| 401K Match - Bonus |  | 296.89 |
| Dental ER | 11.73 | 222.87 |
| GTL Taxable | 41.61 | 790.59 |
| Life ER | 4.92 | 93.48 |
| LTD ER | 11.88 | 225.72 |
| Medical ER | 311.94 | 5,926.86 |
| Vision ER | 1.55 | 29.45 |
| Total: | 566.49 | 8,843.59 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,573.06 | 77,249.33 |
| Medicare - Taxable Wages | 3,573.06 | 77,249.33 |
| Federal Withholding - Taxable Wages | 3,573.06 | 76,806.15 |
| State Tax Taxable Wages - GA | 3,573.06 | 76,806.15 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | A - Single |
| Allowances | 0 | 0 |
| Additional Withholding | 200 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Anthem PTO Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem PTO USA - Time Off Plan | 8.92304 | 0.00 | 126.76864 |
| Anthem Sick/STD Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem Sick USA - Time Off Plan | 0.00 | 0.00 | 92.429377 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | USAA FEDERAL SAVINGS BANK ******4623 | ******4623 | 2,028.24 | USD |
|  |  | Total: | 2,028.24 |  |

**Elevance Health**

Payslip: Leslie Davis: 09/24/2023 (Regular) - Complete

12:02 AM
10/30/2023
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| The Elevance Health Companies, Inc. | An Affiliate of Elevance Health, Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Leslie Davis | 1075487 | 09/11/2023 | 09/24/2023 | 09/29/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,664.88 | 145.31 | 1,148.61 | 342.72 | 2,028.24 |
| YTD | 1,467.570623 | 82,957.52 | 3,349.38 | 19,624.97 | 4,062.62 | 55,920.55 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive Plan | | | | | 0.00 | 9,896.32 |
| Holiday | | | | | 64.00 | 2,899.00 |
| PTO | 09/11/2023 - 09/24/2023 | 8.00 | 45.714856 | 365.72 | 64.00 | 2,925.76 |
| Salary Wages | 09/11/2023 - 09/24/2023 | 72.00 | 0.00 | 3,291.47 | 1,232.00 | 56,017.44 |
| STD | | | | | 0.00 | 5,946.96 |
| Value of Impact Points | | | | | 0.00 | 298.73 |
| Wellness Premium Credit | 09/11/2023 - 09/24/2023 | 0.00 | 0.00 | 7.69 | 0.00 | 153.81 |
| Sick Pay | | | | | 40.00 | 1,784.00 |
| STD Supplemental | | | | | 67.570623 | 3,035.50 |
| | | | Total: | 3,664.88 | | 82,957.52 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 221.53 | 5,029.51 |
| Medicare | 51.81 | 1,176.26 |
| Federal Withholding | 688.40 | 9,151.80 |
| State Tax - GA | 186.87 | 4,267.40 |
| Total: | 1,148.61 | 19,624.97 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Bonus Deferral | | 296.89 |
| 401K | | 146.29 |
| Dental | 8.80 | 176.00 |
| Life | 29.52 | 590.40 |
| Medical | 105.44 | 2,108.80 |
| Vision | 1.55 | 31.00 |
| Total: | 145.31 | 3,349.38 |

## Post Tax Deductions



Payslip: Leslie Davis: 09/24/2023 (Regular) - Complete

12:02 AM
10/30/2023
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 61.26 | 1,225.20 |
| 401k Loan (LOAN02) | 59.73 | 1,194.60 |
| 401K Roth | 219.44 | 1,404.04 |
| LTD | 2.29 | 45.80 |
| Value of Impact Points Offset |  | 192.98 |
| Total: | 342.72 | 4,062.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 182.86 | 1,440.59 |
| 401K Match - Bonus |  | 296.89 |
| Dental ER | 11.73 | 234.60 |
| GTL Taxable | 41.61 | 832.20 |
| Life ER | 4.92 | 98.40 |
| LTD ER | 11.88 | 237.60 |
| Medical ER | 311.94 | 6,238.80 |
| Vision ER | 1.55 | 31.00 |
| Total: | 566.49 | 9,410.08 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,573.06 | 81,121.12 |
| Medicare - Taxable Wages | 3,573.06 | 81,121.12 |
| Federal Withholding - Taxable Wages | 3,573.06 | 80,677.94 |
| State Tax Taxable Wages - GA | 3,573.06 | 80,677.94 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | A - Single |
| Allowances | 0 | 0 |
| Additional Withholding | 200 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Anthem PTO Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem PTO USA - Time Off Plan | 8.92304 | 8.00 | 127.69168 |
| Anthem Sick/STD Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem Sick USA - Time Off Plan | 0.00 | 0.00 | 92.429377 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | USAA FEDERAL SAVINGS BANK ******4623 | ******4623 | 2,028.24 | USD |
|  |  | Total: | 2,028.24 |  |

Case 23-40649-JTL Doc 5 Filed 10/31/23 Entered 10/31/23 15:37:17 Desc Main
Document Page 9 of 10
Payslip: Leslie Davis: 10/08/2023 (Regular) - Complete

12:04 AM
10/30/2023
Page 1 of 2



## Company Information

| Name | Address |
|---|---|
| The Elevance Health Companies, Inc. | An Affiliate of Elevance Health, Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Leslie Davis | 1075487 | 09/25/2023 | 10/08/2023 | 10/13/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,664.88 | 145.31 | 1,148.61 | 342.72 | 2,028.24 |
| YTD | 1,547.570623 | 86,622.40 | 3,494.69 | 20,773.58 | 4,405.34 | 57,948.79 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive Plan | | | | | 0.00 | 9,896.32 |
| Holiday | | | | | 64.00 | 2,899.00 |
| PTO | | | | | 64.00 | 2,925.76 |
| Salary Wages | 09/25/2023 - 10/08/2023 | 80.00 | 0.00 | 3,657.19 | 1,312.00 | 59,674.63 |
| STD | | | | | 0.00 | 5,946.96 |
| Value of Impact Points | | | | | 0.00 | 298.73 |
| Wellness Premium Credit | 09/25/2023 - 10/08/2023 | 0.00 | 0.00 | 7.69 | 0.00 | 161.50 |
| Sick Pay | | | | | 40.00 | 1,784.00 |
| STD Supplemental | | | | | 67.570623 | 3,035.50 |
| | | | Total: | 3,664.88 | | 86,622.40 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 221.53 | 5,251.04 |
| Medicare | 51.81 | 1,228.07 |
| Federal Withholding | 688.40 | 9,840.20 |
| State Tax - GA | 186.87 | 4,454.27 |
| Total: | 1,148.61 | 20,773.58 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Bonus Deferral | | 296.89 |
| 401K | | 146.29 |
| Dental | 8.80 | 184.80 |
| Life | 29.52 | 619.92 |
| Medical | 105.44 | 2,214.24 |
| Vision | 1.55 | 32.55 |
| Total: | 145.31 | 3,494.69 |

## Post Tax Deductions



Payslip: Leslie Davis: 10/08/2023 (Regular) - Complete

12:04 AM
10/30/2023
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 61.26 | 1,286.46 |
| 401k Loan (LOAN02) | 59.73 | 1,254.33 |
| 401K Roth | 219.44 | 1,623.48 |
| LTD | 2.29 | 48.09 |
| Value of Impact Points Offset | | 192.98 |
| Total: | 342.72 | 4,405.34 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 182.86 | 1,623.45 |
| 401K Match - Bonus | | 296.89 |
| Dental ER | 11.73 | 246.33 |
| GTL Taxable | 41.61 | 873.81 |
| Life ER | 4.92 | 103.32 |
| LTD ER | 11.88 | 249.48 |
| Medical ER | 311.94 | 6,550.74 |
| Vision ER | 1.55 | 32.55 |
| Total: | 566.49 | 9,976.57 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,573.06 | 84,694.18 |
| Medicare - Taxable Wages | 3,573.06 | 84,694.18 |
| Federal Withholding - Taxable Wages | 3,573.06 | 84,251.00 |
| State Tax Taxable Wages - GA | 3,573.06 | 84,251.00 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | A - Single |
| Allowances | 0 | 0 |
| Additional Withholding | 200 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Anthem PTO Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem PTO USA - Time Off Plan | 8.92304 | 0.00 | 136.61472 |
| Anthem Sick/STD Supplemental USA - Time Off Plan | 0.00 | 0.00 | 0.00 |
| Anthem Sick USA - Time Off Plan | 0.00 | 0.00 | 92.429377 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | USAA FEDERAL SAVINGS BANK ******4623 | ******4623 | 2,028.24 | USD |
| | | Total: | 2,028.24 | |